472 A.2d 250

Commonwealth v. Robinson, Appellant.

Submitted October 14,

1983. Paul Bogdon, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge Patrick R. Tamilia is affirmed.